In the Matter of VAN CORTLAND ASSOCIATES, Appellant, v. FREDERIC S. BERMAN, as New York City Rent and Rehabilitation Administrator, Respondent, and HERMAN GRITZ, Individually and on Behalf of Other Tenants Similarly Situated, Residing at Premises 3951-57 Gouverneur Avenue, Bronx, Intervenor-Respondent

Concur — Botein, P. J., Stevens, Capozzoli, Rabin and McNally, JJ.